E-FILED
Thursday, 25 March, 2010 03:34:23 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF SPRINGFIELD, ILLINOIS

DARNELL M. SMITH:                    PLEASE ASIGN A CASE NO.
          VS.                         TRIAL BY JURY / DAMAGES:
LINCOLN LAND COMMUNITY COLLEGE /        $125,000.00  [PERSONAL INJURY]
SECURITY GUARDS, WORKING ON [DECEMBER 4TH, 2008]:
BEING SUED IN THEIR [PERSONAL / INDIVIDUAL / OFFICIAL CAPACITY,
"WHILE ACTING UNDER THE COLOR OF STATE LAW"]

FILED
MAR 24 2010
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## : COMPLAINT :

NOW COMES THE PLAINTIFF, DARNELL M. SMITH, PRO SE, IN THE UNITED STATES CENTRAL DISTRICT COURT, OF SPRINGFIELD, ILLINOIS AND NOW BRINGS THIS CIVIL LAWSUIT UNDER THE LOCAL GOVERNMENTAL AND GOVERMENTAL EMPLOYEES TORT IMMUNITY ACT, AND FOURTH AND FOURTEENTH AMENDMENT, OF DUE PROCESS OF LAW.. RIGHTS THAT ARE GUARANTEED BY THE ILLINOIS CONSTITUTION, UNDER ARTICLE 1 OF THE BILL OF RIGHTS, SECTION NO. #(2) AND #(6) AND IN FULL-SUPPORT, I STATE THE FOLLOWING FACTS:

COUNT #1: DEPRIVATION OF RIGHTS, UNDER THE COLOR OF LAW, TITLE 18 U.S.C. SECTION #242: [42 U.S.C. §1983]:

(A) ON DECEMBER, 4TH, 2008: I WAS WILLFULLY DEPRIVED MY [PROTECTED] CONSTITUTIONAL RIGHTS, TO BE FREE FROM [UNREASONABLE-SEARCHES] AND THE RIGHT TO BE SECURE IN MY PERSONS, PAPERS, AND OTHER POSSESSIONS.. AGAINST SAID [SEARCHES AND SEIZURES]... AS WELL AS BEING DEPRIVED MY RIGHT, OF "LIFE, LIBERTY, AND PROPERTY]" — WITHOUT DUE PROCESS OF LAW" — AND CLEARLY BEING DENIED [THE EQUAL PROTECTIONS OF THE LAW]: BY THE [WILLFUL AND WANTON MISCONDUCT] OF THE [SECURITY-GUARDS] WORKING AT [LINCOLN LAND COMMUNITY COLLEGE]...

(B) WHILE I WAS AT SAID COLLEGE, DOING SOME [LEGAL-RESEARCH] I WAS APPROACHED BY THE [CAMPUS SECURITY GUARDS], AND WAS [FALSELY-ARRESTED] FOR THE CRIME, OF [THEFT], TO WHICH I

PAGE #(2)

BEEN UNFOUNDED, THEIR WAS NO [PROBABLE-CAUSE] FOR THE [FALSE-ARREST] THAT HAD TAKEN PLACE ON [DECEMBER 4TH, 2008:]... THIS HAS CLEARLY CAUSED ALL THE ABOVE MENTIONED...

COUNT #(2): "CONSPIRACY AGAINST RIGHTS" UNDER TITLE 18 U.S.C. SECTION # 241: "ON [DECEMBER 4TH, 2008:] I WAS HANDCUFF AND TAKEN INFRONT OF AN EMPLOYEE, OF [LINCOLN LAND COMMUNITY COLLEGE], WHO WAS SUPPOSED TO HAVE BEEN THE [VICTEM] OF A [THEFT]... WHEN THE LADY, HAD SEEN ME, SHE STATED [I AM NOT MISSING ANY THING,] AND I HAV NEVER SEEN THIS MAN BEFORE... SHE SAID [SHE] HAD HER PURSE OPEN SHE THOUGHT SOMEONE HAD TAKEN HER WALLET, BUT NOTHING WAS MISSING...

B) "THE [LINCOLN LAND COMMUNITY COLLEGE SECURITY], SHOULD HAVE RELEASED ME AND MY [PERSONAL-PROPERTY], INSTEAD [THEY KEPT ME HANDCUFFED]", WHILE GOING THROUGH MY [PERSONAL-BELONGINGS], CLEARLY VIOLATING THE FOURTH AMENDMENT OF [UNREASONABLE SEARCHES AND SEIZURE]. VIOLATED MY [PROTECTED-RIGHTS], UNDER THE ILLINOIS CONSTITUTION." SEE: ART (1) SEC (2) AND (6): IT CAN NOT AS OF [FEB. 25TH, 2010] BE [REFUTED] THAT ALL THE FOLLOWING HAS TAKEN PLACE, CAUSING:

1) [FALSE-ARREST]:
2) [DUE PROCESS VIOLATIONS], UNDER THE ILLINOIS CONSTITUTION:
3) [LOSS OF CONSORTIUM]:
4) [INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS]:
5) [FALSE-IMPRISONMENT], WITH OUT [PROBABLE-CAUSE] OR [DUE PROCESS OF LAW]

ALL MY CLAIMS ARE [FULLY-SUPPORTED] BY THE FOLLOWING:
C) THE ILLINOIS-CONSTITUTION, SECTION (9) (A) AND (F):
D) FEDERAL-LAWS. OF THE [FOURTH], AND [FOURTEENTH] AMENDMENT:
BY DEPRIVING PLAINTIFF, OF [PROTECTED-RIGHTS] OF THE UNITED STATES CONSTITUTION, CAUSING MY [CIVIL-RIGHTS] TO BE VIOLATED UNDER 42 U.S.C. § 1983/1985: THESE ARE [VALID CLAIMS]

IN THE UNITED STATES CENTRAL DISTRICT COURT
OF THE CENTRAL DISTRICT OF SPRINGFIELD, ILLINOIS

: AFFIDAVIT :

1) I DARNELL M. SMITH, #30728 AN INMATE, AT THE SANGAMON COUNTY JAIL, STATES AFTER BEING DEPOSED ALL THE MENTIONED FACTS ARE TRUE, AND THE [DOCUMENTATION] SUPPORTS THE PLAINTIFFS VALID CLAIMS...

2) THAT THE DEFENDANTS, HAVE BEEN INFORMED, THAT THE PLAINTIFF WOULD CONSIDER SETTLING THIS LAWSUIT, OUT OF COURT – BECAUSE IT CANT, BY LAW, BE DENIED MY CIVIL-RIGHTS, WHERE CLEARLY VIOLATED ON [DECEMBER 4TH, 2008] UNDER TITLE 18 U.S.C. SECTION #242: DEPRIVATION OF RIGHTS, THAT ARE [FULLY-PROTECTED], BY THE UNITED STATES CONSTITUTION, AND [FOURTH] AND [FOURTEENTH] AMENDMENT OF DUE PROCESS...

: PRAY FOR RELIEF :

WHEREFORE PLAINTIFF, PRAYS THAT SAID COURT, WILL GRANT A MERIT REVIEW VIDEO/PHONE CONFERENCE BETWEEN THE PLAINTIFF AND THE [LINCOLN LAND COMMUNITY COLLEGE] – DEFENDANTS.. TO SET A TRIAL DATE, OR [SETTLEMENT-CONFERENCE] I AM WILLING TO SAVE [LITIGATION-TIME], BECAUSE THE – ~~CLEAREST~~ ~~EVIDENCED~~ EVIDENCE CLEARLY SHOWS MY RIGHTS WAS VIOLATED ON 12/04/08...

: PROOF OF SERVICE :

THE PLAINTIFF, HAS PUT THE [LINCOLN LAND COMMUNITY COLLEGE] ON NOTICE [THREE-TIMES,] THAT IF THEY DONT RESPOND, A LAWSUIT WILL BE FILED. THEY WONT RESPOND.. I AM SENDING THIS COMPLAINT TO THIS COURT, PLEASE SERVE THEM AGAIN..

I DECLARE UNDER 28 U.S.C. #1746    RESPECTFULLY SUBMITTED,
PENALTY AND PERJURY, ALL TRUE,    S/ Darnell M. Smith #30728
ABOUT THE DEFENDANTS.
DATED: FEB. 28 TH, 2010:

```
COURT DOCKET - SANGAMON COUNTY CIRCUIT COURT            T  CSP048
                                              Date: 12/10/2009
                    No Complaint              Time: 12/11/55
                                              Page:    1
      2008 NC 003641   Judge:           From 0/00/0000 To 99/99/999
                                              User: CINDYH
                                              Wsid: QPADEV0043
      Case Names_____ Attorney Names_____  All Entries For
                      VS
      SMITH DARNEL

  Date
12/04/2008  No Complaint 01 THEFT/UNAUTHD CON/<$300/1ST Defendant SMITH DARNEL
            Statute 720 5/16-1(a)(1)  Class A  Orig.
            Agency: SPRINGFIELD BOND AGENCY

12/04/2008  Notice Of Hearing Notice To Appear Defendant SMITH DARNEL
            First Appearance Feb 03,2009 09:00AM Rm405

2/03/2009   Defendant Appeared                                    6
            Document DEA Was Printed
```

#4 PAGE 4

EXHIBIT #1
LINCOLN LAND COMMUNITY
COLLEGE, DEFENDANTS..

PAGE #5

EXHIBIT #2 

```
                              Sangamon County Jail
                            Resident Account Summary
                         Thursday, February 04, 2010 @08:49

For Sheriff's ID: 30728   SMITH, DARNEL MAURICE

  Date        Transaction Description              Amount    Balance    Owed    Held   Reference
11/16/2009 CHECK        DOCKET FEE 09-4050/D SMIT  -10.62      0.00    0.00    0.00
11/05/2009 PWRELEASE    LEGAL RESEARCH 9PGS .90     -0.90     10.62    0.00    0.00
10/14/2009 PWRELEASE    LEGAL RESEARCH 10-06-09 8   -0.80     11.52    0.00    0.00
10/07/2009 EPR          OID:100087504-ComisaryPur  -23.15     12.32    0.00    0.00
10/06/2009 PWRELEASE    LEGAL RESEARCH 9/23 20 PG   -2.00     35.47    0.00    0.00
09/30/2009 EPR          OID:100087333-ComisaryPur  -47.50     37.47    0.00    0.00
09/23/2009 EPR          OID:100087230-ComisaryPur  -99.89     84.97    0.00    0.00
09/23/2009 DEPCA        ADD                          5.00    184.86    0.00    0.00
09/16/2009 EPR          OID:100087044-ComisaryPur  -99.55    179.86    0.00    0.00
09/09/2009 EPR          OID:100086845-ComisaryPur  -99.99    279.41    0.00    0.00
09/03/2009 PWRELEASE    LEGAL RESEARCH 28PGS  08-   -2.80    379.40    0.00    0.00
09/03/2009 PWRELEASE    LEGAL RESEARCH 07-23-09 6   -6.20    382.20    0.00    0.00
09/03/2009 PWRELEASE    LEGAL RESEARCH 07-07-09 2   -2.70    388.40    0.00    0.00
09/03/2009 PWRELEASE    LEGAL RESEARCH 08-05-09 3   -3.70    391.10    0.00    0.00
09/03/2009 PWRELEASE    LEGAL RESEARCH 08-10-09 9   -9.60    394.80    0.00    0.00
09/02/2009 EPR          OID:100086707-ComisaryPur -100.00    404.40    0.00    0.00
09/01/2009 PWRELEASE    LEGAL RESEARCH 08-14-09 5   -5.60    504.40    0.00    0.00
09/01/2009 CALLING CAR  2                          -10.00    510.00    0.00    0.00
09/01/2009 DEPCA        ADD                         40.00    520.00    0.00    0.00
08/28/2009 DEPCA        ADD                        480.00    480.00    0.00    0.00
08/28/2009 DEPCA        VOID-ADD                  -470.00      0.00    0.00    0.00
08/28/2009 DEPCA        ADD                        470.00    470.00    0.00    0.00
07/16/2009 PWRELEASE    LEGAL RESEARCH 07-15-09 1   -0.90      0.00    0.00    0.00
07/15/2009 EPR          OID:100085289-ComisaryPur   -8.10      0.90    0.00    0.00
07/15/2009 PWRELEASE    LEGAL COPIES 1 SET 10 PGS   -1.00      9.00    0.00    0.00
07/14/2009 DEPCA        INITIAL DEPOSIT - REINSTA    0.00     10.00    0.00    0.00
07/14/2009 DEPCA        ADD                         10.00     10.00    0.00    0.00
12/15/2008 MEDICAL      TYLENOL 12/12               -0.25      0.00    0.00    0.00
10/10/2007 EPR          OID:100068153-ComisaryPur  -30.50      0.25    0.00    0.00
10/04/2007 DEPCA        ADD                         10.00     30.75    0.00    0.00
09/17/2007 DEPCA        ADD/MO                      20.00     20.75    0.00    0.00
08/29/2007 EPR          OID:100066742-ComisaryPur  -29.15      0.75    0.00    0.00
08/08/2007 EPR          OID:100066141-ComisaryPur  -71.00     29.90    0.00    0.00
07/31/2007 CALLING CAR  2                          -10.00    100.90    0.00    0.00
07/25/2007 EPR          OID:100065852-ComisaryPur  -56.30    110.90    0.00    0.00
07/18/2007 EPR          OID:100065578-ComisaryPur  -80.10    167.20    0.00    0.00
07/11/2007 EPR          OID:100065357-ComisaryPur -100.00    247.30    0.00    0.00
07/10/2007 PWRELEASE    4 TOOTHPASTES               -1.00    347.30    0.00    0.00
07/10/2007 CALLING CAR  1                           -5.00    348.30    0.00    0.00
07/03/2007 EPR          OID:100065134-ComisaryPur  -99.70    353.30    0.00    0.00
07/03/2007 CALLING CAR  2                          -10.00    453.00    0.00    0.00
07/02/2007 DEPCA        INITIAL DEPOSIT - REINSTA    0.00    463.00    0.00    0.00
07/02/2007 DEPCA        ADD                        463.00    463.00    0.00    0.00
03/26/2007 CHECK        30728                      -70.57      0.00    0.00    0.00
03/21/2007 EPR          OID:100062356-ComisaryPur  -29.45     70.57    0.00    0.00
03/14/2007 DEPCA        ADD                        100.00    100.02    0.00    0.00
01/24/2007 EPR          OID:100060739-ComisaryPur   -0.40      0.02    0.00    0.00
01/10/2007 EPR          OID:100060208-ComisaryPur   -3.55      0.42    0.00    0.00
01/03/2007 ADMISSION K  1                           -2.33      3.97    0.00    0.00
01/03/2007 EPR          OID:100060133-ComisaryPur  -23.70      6.30    0.00    0.00
01/03/2007 DEPCA        ADD                         20.00     30.00    0.00    0.00
12/28/2006 DEPCA        INITIAL DEPOSIT - REINSTA    0.00     10.00    0.00    0.00
12/28/2006 DEPCA        ADD                         10.00     10.00    0.00    0.00
12/19/2006 CHECK        30728                      -17.44      0.00    0.00    0.00
12/19/2006 DEPCA        ADD                         17.00     17.44    0.00    0.00
07/19/2006 EPR          OID:100054797-ComisaryPur  -19.75      0.44    0.00    0.00
07/18/2006 DEPCA        ADD                         20.00     20.19    0.00    0.00
06/14/2006 EPR          OID:100053777-ComisaryPur  -49.95      0.19    0.00    0.00
06/11/2006 DEPCA        ADD/MO                      50.00     50.14    0.00    0.00
06/07/2006 EPR          OID:100053508-ComisaryPur   -5.10      0.14    0.00    0.00
06/01/2006 DEPCA        ADD                          5.00      5.24    0.00    0.00
05/17/2006 EPR          OID:100052923-ComisaryPur  -25.35      0.24    0.00    0.00
05/17/2006 DEPCA        ADD                         25.00     25.59    0.00    0.00
```